**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In re: Sara Beroff,                                   :                    Case No. 26-11651-DJB

                                                      :

        Debtor.                                       :                    Chapter 7

_____


**<u>ORDER</u>**


    **AND NOW,** upon consideration of Debtor's Motion to Redact Social Security Number

(the "<u>Motion</u>") [Dkt No. 7];

    It is hereby **ORDERED** that:

The Clerk's office shall **SEAL** Exhibit Statement of Social Security Number [Dkt No. 1

Exhibit #1].


**Date: April 27, 2026**                              _____

                                                      **Derek J. Baker**
                                                      **United States Bankruptcy Judge**